UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD M. DOVE,

          Plaintiff,

-against-

CITY OF NEW YORK POLICE DEPARTMENT, et al.,

          Defendants.

No. 14-cv-5285 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Mr. Dove inquiring about funds he claims were taken out of his inmate account for federal filing fees. (Dkt. no. 12.) The Bureau of Prisons is hereby directed to provide Mr. Dove with his account status. The Clerk of the Court shall mail a copy of this Order to Mr. Dove.

**SO ORDERED.**

Dated:    April 2, 2025
            New York, New York

                                *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge