UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD M. DOVE,<br><br>              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK POLICE DEPARTMENT, et al.,<br><br>              Defendants. | No. 14-cv-5285 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the pro se motion directed to the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit filed by Plaintiff Donald Dove, regarding the federal filing fees he claims were taken out of his account that he had already paid. (See dkt. no. 17.) In response to Plaintiff's prior motion inquiring about the federal filing fees (dkt. no. 15), the Court advised that based on the records Plaintiff submitted in support of his motion, it appears that on October 9, 2014, he was properly charged a filing fee for his August 18, 2014 appeal of the Court's bar order (dkt. no. 16 at 2 (citing dkt. no. 15 at 9)). The Court directed Plaintiff to contact the Clerk of the U.S. Court of Appeals for the Second Circuit for any additional information. (Id.)

    Accordingly, the Clerk of the Court is directed to forward Plaintiff's motion (dkt. no. 17) to the Clerk of the U.S. Court of Appeals for the Second Circuit for filing under docket number

14-3019, close docket number 17, and mail a copy of this Order to Mr. Dove.

**SO ORDERED.**

Dated:   August 13, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge